In the Matter of the Claim of ISABELLE BURDICK against INTERNATIONAL RAILWAY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Appellant.

(Argued March 5, 1934; decided March 20, 1934.)

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*John F. McNulty* for Isabelle Burdick, claimant.

*Thomas G. Rickert* and *Harrop A. Freeman* for respondent.

Order of the Appellate Division reversed and award of the State Industrial Board reinstated with one bill of costs in this court and in the Appellate Division on the ground that at the time of the accident the decedent was not employed in interstate commerce by a common carrier by railroad. No opinion.

Concur: CRANE, LEHMAN, HUBBS and CROUCH, JJ. Dissenting: POUND, Ch. J., and O'BRIEN, J. Not sitting: KELLOGG, J.